In The

 Court of Appeals
 Ninth District of Texas at Beaumont
 ____________________
 NO. 09-18-00122-CV
 ____________________

 AMERIGAS PROPANE, LP, Appellant

 V.

 JOSE FRANCISCO ABOYTES-MUÑIZ, ANDY MEDINA-CARDENAS
 AND BERNABE BUSTILLO-RIVERA, Appellees
_______________________________________________________ ______________

 On Appeal from the 284th District Court
 Montgomery County, Texas
 Trial Cause No. 15-09-09003-CV
________________________________________________________ _____________

 ORDER

 On March 14, 2018, the trial court signed an interlocutory order, which

identified a controlling question of law that may materially advance the ultimate

termination of the litigation, and granted permission to appeal. See Tex. Civ. Prac.

& Rem. Code Ann. § 51.014(d) (West Supp. 2017); see also Tex. R. Civ. P. 168. On

March 28, 2018, AmeriGas Propane, LP, filed a petition for permission to appeal

from the interlocutory order. See Tex. R. App. P. 28.3(a). Jose Francisco Aboytes-

 1
Muñiz, Andy Medina-Cardenas and Bernabe Bustillo-Rivera, appellees, filed a

response. See Tex. R. App. P. 28.3(f).

 The Court grants the petition for permissive appeal of the trial court’s order

of March 14, 2018. See Tex. R. App. P. 28.3(k). Notice of appeal is deemed filed as

of the date of this Order. Id. The record is due April 19. See Tex. R. App. P. 35.1(b).

The brief of the appellant is due twenty days after the record is filed. See Tex. R.

App. P. 38.6(a). The brief of the appellees is due twenty days after the filing of the

brief of the appellant. See Tex. R. App. P. 38.6(b). The Clerk of the Court shall file

a copy of this Order with the trial court clerk. See Tex. R. App. P. 28.3(k).

 ORDER ENTERED April 9, 2018.

 PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.

 2